IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON NEWJEAN ANDERSON, JR.**  PLAINTIFF
ADC #123288

v.  Case No: 4:23-cv-00740-LPR

**DEXTER PAYNE,**
*Director, ADC*  DEFENDANT

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 30th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE